UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

Case No.: 14-61673-CV-ROSEN BERG/BRANNON

ASHLEY RUMPH ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

  Plaintiffs,

vs.

NINE WEST HOLDINGS, INC., A FOREIGN PROFIT CORPORATION

  Defendant.
_____/

## PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE

  Plaintiff, SARAI MACK by and through her undersigned counsel, request that this action that the above cause be dismissed without prejudice to plaintiff.

  Dated this 27th day of August, 2014.

           Respectfully submitted,

          RICHARD CELLER LEGAL, P.A.
          7450 Griffin Road, Suite 230
          Davie, Florida 33314
          Telephone: (866) 344-9243
          Fax: 954-337-2771
          E-Mail: Richard@floridaovertimelawyer.com

          /s Richard Celler
          Richard Celler, Esq.
          Florida Bar No.0173370

          *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27<u>th</u> day of August, 2014, a true and correct copy was filed with the Court via the CM/ECF filing system and furnished via U.S. Mail to:

CORPORATION SERVICE COMPANY-REGISTERED AGENT FOR
NINE WEST HOLDINGS, INC.
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

                                                    /s Richard Celler
                                                    Richard Celler, Esq.